**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---

√ **INITIAL APPEARANCE**          **DATE: December 13, 2006**
❒ **BOND HEARING**
❒ **DETENTION HEARING**          **Digital Recording 3:00 - 3:08**
❒ **PRELIMINARY (EXAMINATION)(HEARING)**
❒ **REMOVAL HEARING (R.40)**
❒ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06mj139-SRW     **DEFENDANT NAME:** Ronald Doyle Crow
**AUSA:** Todd Brown     **DEFT. ATTY:** Anne Borelli
         **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Tamara Martin
**Interpreter needed:** (√) NO; ( )YES    Name:

---

| | |
|---|---|
| √ | Date of Arrest December 13, 2006 or √ Arrest Rule 5 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❒ preliminary hearing; √ Waiver Rule 5 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial.     CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |