✎ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

UNITED STATES OF AMERICA
V.
RONALD DOYLE CROW

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:06CR514-RDP-PWG | 2:06MJ139-SRW | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**    18    **U.S.C. §**    2422(b); 2251(a)&(e); 2253(a)(3)

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

Use of computer to attempt to knowingly persuade, induce & entice minor to engage in prostitution & sexual activity
Knowingly attempt to employ, use, persuade, induce, entice & coerce a minor to engage in sexually explicit conduct
Forfeiture allegation

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
x Other (specify)   Defendant waived identity hearing and remanded to U. S. Marshal for transport to originating district

**Representation:**   ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

**DISTRICT OF**   MIDDLE ALABAMA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| December 14, 2006 | /s/ Susan Russ Walker |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |